UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- v. -

DANIEL DELGADO,

Defendant.

ORDER

22 Cr. 389 (KMK)

Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, and Michael D. Maimin, Assistant United States Attorney, of counsel, and with the consent of defendant Daniel Delgado, by his attorney Elizabeth Quinn, Esq.:

WHEREAS, the pre-trial conference in this case has been continued from February 3, 2023, to March 3, 2023, at 2:00 p.m.; and

WHEREAS the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because, among other things, it would allow the parties to attempt to resolve the case with a disposition short of a trial, in spite of the quarantine that prevented an earlier plea, and, if a plea does not go through, allow Ms. Quinn and her client to review discovery and otherwise prepare for trial;

IT IS HEREBY ORDERED that the time between and including the date of this Order and March 3, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: New York, New York
February 8, 2023

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2